1  MAYER BROWN LLP
   ELIZABETH MANN (SBN 106524)
2  *emann@mayerbrown.com*
   350 S. Grand Avenue, 25th Floor
3  Los Angeles, CA  90071
   Telephone:  (213) 229-9500
4  Facsimile:   (213) 625-0248

5  Attorneys for Plaintiffs and
   Counterclaim Defendants
6  SANOFI-AVENTIS U.S. LLC and
   REGENERON
7  PHARMACEUTICALS, INC.

8  *COUNSEL CONTINUED ON NEXT PAGE*

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                    **WESTERN DIVISION**

13

| | |
|---|---|
| 14  SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br>15<br>16            Plaintiffs,<br>17       vs.<br>18  GENENTECH, INC., and CITY OF HOPE,<br>19<br>            Defendants. | Case No. 2:15-cv-05685-GW-AGR<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |
| 20  GENENTECH, INC., and CITY OF HOPE,<br>21<br>22            Counterclaim Plaintiffs,<br>23       vs.<br>24  SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br>25<br>26            Counterclaim Defendants. | |

27

28

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | LISA M. FERRI (*pro hac vice*) |
| 2 | lferri@mayerbrown.com |
| | BRIAN W. NOLAN (*pro hac vice*) |
| 3 | bnolan@mayerbrown.com |
| | RICHARD J. McCORMICK (*pro hac vice*) |
| 4 | rmccormick@mayerbrown.com |
| | 1221 Avenue of the Americas |
| 5 | New York, New York  10020-1001 |
| | Telephone:   (212) 506-2500 |
| 6 | Facsimile:    (212) 262-1910 |
| 7 | Attorneys for Plaintiffs and Counterclaim |
| | Defendants SANOFI-AVENTIS U.S. LLC and |
| 8 | REGENERON PHARMACEUTICALS, INC. |
| 9 | |
| | DURIE TANGRI LLP |
| 10 | DARALYN J. DURIE (SBN 169825) |
| | ddurie@durietangri.com |
| 11 | ADAM BRAUSA (SBN 298754) |
| | abrausa@durietangri.com |
| 12 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 13 | Telephone:   (415) 362-6666 |
| | Facsimile:    (415) 236-6300 |
| 14 | |
| | Attorneys for Defendants and Counterclaim Plaintiffs |
| 15 | GENENTECH, INC., and CITY OF HOPE |

2

ORDER ON STIPULATED PROTECTIVE ORDER,
CASE NO. 2:15-CV-05685-GW-AGR

**ORDER**

The Parties having entered into a Stipulated Protective Order providing the terms and conditions for the confidentiality of all information, documents, and other items subject to discovery in this action and for GOOD CAUSE SHOWN,

IT IS SO ORDERED this 8th day of December, 2015.

*Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
United States Magistrate Judge

1

ORDER ON STIPULATED PROTECTIVE ORDER,
CASE NO. 2:15-CV-05685-GW-AGR