MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:   (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim
Defendants SANOFI-AVENTIS U.S. LLC and
REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **JOINT STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES** <br><br> Judge:  Hon. George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

1    This Stipulation is entered into between Plaintiffs sanofi-aventis U.S. LLC

2    and Regeneron Pharmaceuticals, Inc. and Defendants Genentech, Inc. and City of

3    Hope (collectively "the Parties"), by and through their respective counsel.

4    WHEREAS, the Court entered a Scheduling Order on November 2, 2015

5    (D.I. 37) setting, *inter alia*, the following deadlines:

6    • Completion of fact discovery          March 4, 2016

7    • Opening expert reports                April 1, 2016

8    • Rebuttal expert reports               April 29, 2016

9    • Reply expert reports                  May 13, 2016

10   • Completion of expert discovery        June 10, 2016

11   WHEREAS, due to the busy schedules of several fact witnesses, the Parties

12   have been unable, despite their best efforts, to schedule all fact depositions before

13   the deadline for completion of fact discovery;

14   WHEREAS, the Parties believe that these depositions are necessary to

15   facilitate the development of the Parties' claims and defenses;

16   WHEREAS, a short extension of the fact and expert discovery deadlines

17   would allow the Parties to conduct the necessary fact depositions and to use the

18   information derived from those depositions during expert discovery;

19   WHEREAS, the Parties have not requested a previous extension of the

20   schedule before;

21   WHEREAS, the Parties are not seeking to modify any other deadlines in the

22   schedule, including the deadlines for summary judgment and trial;

23   WHEREAS, good cause exists to extend the fact and expert discovery

24   deadlines;

25   The Parties hereby STIPULATE and agree, subject to the Court's approval,

26   that the fact and expert discovery deadlines contained in the Scheduling Order are

27   modified as follows:

28

1     •   Completion of fact discovery       April 1, 2016

2     •   Opening expert reports       April 15, 2016

3     •   Rebuttal expert reports       May 13, 2016

4     •   Reply expert reports       May 27, 2016

5     •   Completion of expert discovery       June 24, 2016

7 Dated:  February 26, 2016       Mayer Brown LLP

8       Elizabeth D. Mann
Lisa M. Ferri

9       Richard J. McCormick

10       By:___*/s/ Lisa M. Ferri*_____
             Lisa M. Ferri

11       Attorneys for SANOFI-AVENTIS U.S.

12       LLC and REGENERON
PHARMACEUTICALS, INC.

14 Dated:  February 26, 2016       DURIE TANGRI LLP

15       By: ___*/s/ Adam R. Brausa*_____
             Adam R. Brausa

17       DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)

18       ddurie@durietangri.com
ADAM R. BRAUSA (SBN 298754)

19       abrausa@durietangri.com
217 Leidesdorff Street

20       San Francisco, CA 94111
Telephone:  415-362-6666 /

21       Facsimile:  415-236-6300

22       Attorneys for Defendants and Counterclaim
Plaintiffs GENENTECH, INC. and CITY
OF HOPE

2