MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES** <br><br> Judge:  George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

Having considered the parties' Joint Stipulation to Extend Certain Discovery Deadlines, the Court hereby ORDERS as follows:

1. The STIPULATION is GRANTED.

2. The fact and expert discovery deadlines are modified as follows:

- Completion of fact discovery        April 1, 2016
- Opening expert reports              April 15, 2016
- Rebuttal expert reports             May 13, 2016
- Reply expert reports                May 27, 2016
- Completion of expert discovery      June 24, 2016

**IT IS SO ORDERED.**

Dated:_____        By:_____
                                   The Honorable George H. Wu
                                   United States District Court Judge