| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | ELIZABETH MANN (SBN 106524) |
| 2 | emann@mayerbrown.com |
| | 350 S. Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA  90071 |
| | Telephone:   (213) 229-9500 |
| 4 | Facsimile:    (213) 625-0248 |
| 5 | LISA M. FERRI (*pro hac vice*) |
| | lferri@mayerbrown.com |
| 6 | BRIAN W. NOLAN (*pro hac vice*) |
| | bnolan@mayerbrown.com |
| 7 | RICHARD J. McCORMICK (*pro hac vice*) |
| | rmccormick@mayerbrown.com |
| 8 | 1221 Avenue of the Americas |
| | New York, New York  10020-1001 |
| 9 | Telephone:   (212) 506-2500 |
| | Facsimile:    (212) 262-1910 |
| 10 | |
| 11 | Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **[PROPOSED] ORDER GRANTING JOINT APPLICATION TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S MOTION TO COMPEL** <br><br> Ctrm:  B, 8th Floor, Spring Street <br> Judge:  Alicia G. Rosenberg <br> Fact discovery cutoff: <br>    March 4, 2016 (Current) <br>    April 1, 2016 (Stipulation Pending) <br> Pretrial Conference:  Sept. 8, 2016 <br> Trial:  Sept. 27, 2016 |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

Having considered the parties' Joint Application to File Under Seal Documents in Connection with Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel, and the accompanying Declaration, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The Clerk of this Court is direct to file and maintain under seal the following documents:

- Joint Stipulation re: Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel
- Declaration of Lisa M. Ferri in Support of Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel
- Exhibits B, D, J, and S to the Declaration of Lisa M. Ferri in Support of Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel

**IT IS SO ORDERED.**

Dated:_____        By:_____
                                     The Honorable Alicia G. Rosenberg
                                     United States District Court Judge