Name and address:
David L. Cavanaugh
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6025
Fax: 202-663-6363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANOFIS-AVENTIS, U.S. LLC, et al., **Plaintiff(s)** | **CASE NUMBER** CV 15-5685-GW(AGRx) |
| v. GENENTECH, INC. and CITY OF HOPE, **Defendant(s)** | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Cavanaugh, David L.
**Applicant's Name (Last Name, First Name & Middle Initial)**

202-663-6025     202-663-6363
**Telephone Number    Fax Number**

david.cavanaugh@wilmerhale.com
**E-Mail Address**

of

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washingston, DC 20006
**Firm Name & Address**

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope

**Name(s) of Party(ies) Represented**    ☐ Plaintiff   ☒ Defendant   ☐ Other:

and designating as Local Counsel

Casamassima, Christopher T.
**Designee's Name (Last Name, First Name & Middle Initial)**

211280
**Designee's Cal. Bar Number**

213-443-5374
**Telephone Number**

213-443-5400
**Fax Number**

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
**Firm Name & Address**

chris.casamassima@wilmerhale.com
**E-Mail Address**

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated: February 29, 2016

*George H. Wu*
GEORGE H. WU, U.S. District Judge