Name and address:
Kevin S. Prussia
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6243
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANOFI-AVENTIS, U.S. LLC, et al.,
Plaintiff(s)

CASE NUMBER
CV 15-5685-GW(AGRx)

v.

GENENTECH, INC., and CITY OF HOPE,
Defendant(s).

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Prussia, Kevin S.
Applicant's Name (Last Name, First Name & Middle Initial)

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Firm Name & Address

617-526-6243
Telephone Number

617-526-5000
Fax Number

kevin.prussia@wilmerhale.com
E-Mail Address

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope
Name(s) of Party(ies) Represented

☐ Plaintiff  ☒ Defendant  ☐ Other:

and designating as Local Counsel

Casamassima, Christopher T.
Designee's Name (Last Name, First Name & Middle Initial)

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Firm Name & Address

211280
Designee's Cal. Bar Number

213-443-5374
Telephone Number

213-443-5400
Fax Number

chris.casamassima@wilmerhale.com
E-Mail Address

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated: February 29, 2016

*George H. Wu*
GEORGE H. WU, U.S. District Judge

G–64 ORDER (06/13) (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE        Page 1 of 1