MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **JOINT STIPULATION TO EXTEND MEDIATION DEADLINES** <br><br> Judge: Hon. George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

      This Stipulation is entered into between Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. and Defendants Genentech, Inc. and City of Hope (collectively "the Parties"), by and through their respective counsel.

      WHEREAS, the Court entered a Scheduling Order on November 2, 2015 (D.I. 37) setting, *inter alia*, the following deadlines:

- Mediation Cutoff                            March 30, 2016
- Post-Mediation Status Conference     March 31, 2016

      WHEREAS, due to a busy schedule of fact depositions during the month of March, the Parties will be unable, despite their best efforts, to engage in mediation before the deadline for completion of mediation;

      WHEREAS, a short extension of the mediation deadlines would allow the Parties to engage in mediation in a timely matter;

      WHEREAS, the Parties are not seeking to modify any other deadlines in the schedule, including the deadlines for summary judgment and trial;

      WHEREAS, good cause exists to extend the mediation deadlines;

      The Parties hereby STIPULATE and agree, subject to the Court's approval, that the mediation deadlines contained in the Scheduling Order are modified as follows:

- Mediation Cutoff                            April 29, 2016
- Post-Mediation Status Conference     May 2, 2016

Dated:  March 4, 2016

Mayer Brown LLP
Elizabeth D. Mann
Lisa M. Ferri
Richard J. McCormick

By:  */s/ Lisa M. Ferri*
      Lisa M. Ferri

Attorneys for SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 4, 2016 | DURIE TANGRI LLP |
| 3 | | By:  */s/ Adam R. Brausa*<br>        Adam R. Brausa |
| 4 | | DURIE TANGRI LLP |
| 5 | | DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com |
| 6 | | ADAM R. BRAUSA (SBN 298754)<br>abrausa@durietangri.com |
| 7 | | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| 8 | | Telephone:  415-362-6666 /<br>Facsimile:    415-236-6300 |
| 9 | | Attorneys for Defendants and Counterclaim Plaintiffs GENENTECH, INC. and CITY OF HOPE |

2

**Joint Stipulation to Extend Mediation Deadlines**
CASE NO. 2:15-cv-05685-GW (AGR)