| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | ELIZABETH MANN (SBN 106524) |
| 2 | emann@mayerbrown.com |
| | 350 S. Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 229-9500 |
| 4 | Facsimile: (213) 625-0248 |
| 5 | LISA M. FERRI (*pro hac vice*) |
| | lferri@mayerbrown.com |
| 6 | BRIAN W. NOLAN (*pro hac vice*) |
| | bnolan@mayerbrown.com |
| 7 | RICHARD J. McCORMICK (*pro hac vice*) |
| | rmccormick@mayerbrown.com |
| 8 | 1221 Avenue of the Americas |
| | New York, New York 10020-1001 |
| 9 | Telephone: (212) 506-2500 |
| | Facsimile: (212) 262-1910 |
| 10 | |
| 11 | Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINES** <br><br> Judge: George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

Having considered the parties' Joint Stipulation to Extend Mediation Deadlines, the Court hereby ORDERS as follows:

1. The STIPULATION is GRANTED.
2. The mediation deadlines are modified as follows:

   - Mediation Cutoff                           April 29, 2016
   - Post-Mediation Status Conference           May 2, 2016

**IT IS SO ORDERED.**

Dated:_____        By:_____
                                The Honorable George H. Wu
                                United States District Court Judge