Name and address:
Christian G. Kiely
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6996
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff(s) <br> v. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-CV-05685-GW-AGR <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kiely, Christian G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6996
*Telephone Number*

617-526-5000
*Fax Number*

christian.kiely@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Genentech, Inc.

City of Hope

*Name(s) of Party(ies) Represented*  ☐ Plaintiff  ☒ Defendant  ☐ Other: _____

**and designating as Local Counsel**

Casamassima, Christopher T.
*Designee's Name (Last Name, First Name & Middle Initial)*

211280
*Designee's Cal. Bar Number*

213-443-5374
*Telephone Number*

213-443-5400
*Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Firm Name & Address*

chris.casamassima@wilmerhale.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1