MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. CV 15-5685-GW(AGRx) <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINES** <br><br> Judge: George H. Wu |

Having considered the parties' Joint Stipulation to Extend Mediation Deadlines, the Court hereby ORDERS as follows:

1. The STIPULATION is GRANTED.
2. The mediation deadlines are modified as follows:
   - Mediation Cutoff                              April 29, 2016
   - Post-Mediation Status Conference    May 2, 2016 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: March 8, 2016         By: _____*George H. Wu*_____
                                       The Honorable George H. Wu
                                       United States District Judge