Name and address:
Christian G. Kiely
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6996
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SANOFI-AVENTIS U.S. LLC and
REGENERON PHARMACEUTICALS, INC.,

Plaintiff(s)

v.

GENENTECH, INC., and CITY OF
HOPE,

Defendant(s).

CASE NUMBER

CV 15-5685-GW(AGRx)

**ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kiely, Christian G.

*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6996                     617-526-5000

*Telephone Number*          *Fax Number*

christian.kiely@wilmerhale.com

*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Genentech, Inc.

City of Hope

*Name(s) of Party(ies) Represented*

☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:* _____

**and designating as Local Counsel**

Casamassima, Christopher T.

*Designee's Name (Last Name, First Name & Middle Initial)*

211280

*Designee's Cal. Bar Number*

213-443-5374

*Telephone Number*

213-443-5400

*Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

chris.casamassima@wilmerhale.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED. Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated: March 8, 2016**

*George H. Wu*

**GEORGE H. WU, U.S. District Judge**