**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT A

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

_____
                                   )
SANOFI-AVENTIS U.S. LLC and        )  No. 2:15-cv-05685
REGENERON PHARMACEUTICALS,         )
INC.,                              )
              Plaintiffs,          )
                                   )
         v.                        )
                                   )
GENENTECH, INC. and CITY OF        )
HOPE,                              )
                                   )
              Defendants.          )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

TIMOTHY R. SCHWARTZ

MARCH 1, 2016

9:10 a.m.




REPORTED BY:
PAUL J. FREDERICKSON, CCR, CSR
JOB NO. 43069

Exhibit A

3

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

84

**[REDACTED]**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**Exhibit A**

**4**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

96

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

174

**[REDACTED]**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

Exhibit A
7

178

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

179

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

180

**[REDACTED]**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**Exhibit A**
**10**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

185

**[REDACTED]**





TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

197

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

199

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

201

**[REDACTED]**