MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Counterclaim Defendants. | Case No. 2:15-cv-05685-GW-AGR<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF LISA M. FERRI IN SUPPORT OF SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S MOTION TO COMPEL**<br><br>Date: March 22, 2016<br>Time: 10:00 AM<br>Ctrm: B, 8th Floor, Spring Street<br>Judge: Alicia G. Rosenberg<br>Fact discovery cutoff: April 1, 2016<br>Pretrial Conference: Sept. 8, 2016<br>Trial: Sept. 27, 2016 |

I, Lisa M. Ferri, declare:

1. I am an attorney at Mayer Brown LLP, the law firm representing Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. (collectively, "Plaintiffs") in the above captioned matter.

2. This declaration is based on my personal knowledge, and I would testify to the matters set forth in this Declaration if called upon as a witness.

3. Attached hereto as **Exhibit A [PROVISIONALLY FILED UNDER SEAL]** is a true and correct copy of an excerpt from the deposition transcript of Timothy Schwartz, dated March 1, 2016.

4. Attached hereto as **Exhibit B [PROVISIONALLY FILED UNDER SEAL]** is a true and correct copy of Exhibit 4A used in the March 1, 2016 deposition of Timothy Schwartz.

5. Attached hereto as **Exhibit C [PROVISIONALLY FILED UNDER SEAL]** is a true and correct copy of Exhibit 4B used in the March 1, 2016 deposition of Timothy Schwartz.

6. Attached hereto as **Exhibit D [PROVISIONALLY FILED UNDER SEAL]** is a true and correct copy of Exhibit 16 used in the March 1, 2016 deposition of Timothy Schwartz.

I declare under penalty of perjury that the following is true and correct. Executed on March 8, 2016, at New York, New York.

By _____
Lisa M. Ferri