**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT A

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

_____
                                   )
SANOFI-AVENTIS U.S. LLC and        )  No. 2:15-cv-05685
REGENERON PHARMACEUTICALS,         )
INC.,                              )
              Plaintiffs,          )
                                   )
         v.                        )
                                   )
GENENTECH, INC. and CITY OF        )
HOPE,                              )
                                   )
              Defendants.          )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

TIMOTHY R. SCHWARTZ

MARCH 1, 2016

9:10 a.m.




REPORTED BY:
PAUL J. FREDERICKSON, CCR, CSR
JOB NO. 43069

Exhibit A

3

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

84

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

**[REDACTED]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

96

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

174

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

178

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

179

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

180

**[REDACTED]**

185

**[REDACTED]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

186

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

187

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

197

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

198

**[REDACTED]**

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

199

1  **[REDACTED]**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TIMOTHY R. SCHWARTZ - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

201

**[REDACTED]**