Name and address:
Manuel J. Velez
mvelez@mayerbrown.com
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,

Plaintiff(s)

v.

GENENTECH, INC. and CITY OF HOPE,

Defendant(s).

CASE NUMBER
2:15-cv-05685-GW-AGR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Velez, Manuel J.                       of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 506-2500     (212) 262-1910
*Telephone Number*    *Fax Number*

mvelez@mayerbrown.com
*E-Mail Address*

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

SANOFI-AVENTIS U.S. LLC

REGENERON PHARMACEUTICALS, INC.
*Name(s) of Party(ies) Represented*     ☒ *Plaintiff*  ☐ *Defendant*  ☐ *Other*: _____

**and designating as Local Counsel**

Mann, Elizabeth                        of
*Designee's Name (Last Name, First Name & Middle Initial)*

106524              (213) 229-9500
*Designee's Cal. Bar Number*    *Telephone Number*

(213) 625-0248
*Fax Number*

Mayer Brown LLP
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503

*Firm Name & Address*

emann@mayerbrown.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☐ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13) **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***    Page 1 of 1
717012322


American LegalNet, Inc.
www.FormsWorkFlow.com