MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **ORDER GRANTING APPLICATION TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S MOTION TO COMPEL** <br><br> Ctrm: B, 8th Floor, Spring Street <br> Judge: Alicia G. Rosenberg <br> Fact discovery cutoff: April 1, 2016 <br> Pretrial Conference: Sept. 8, 2016 <br> Trial: Sept. 27, 2016 |

Having considered Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Application to File Under Seal Documents in Connection With Supplemental Memorandum of Law in Support of Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel, and the accompanying Declaration, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The Clerk of this Court is direct to file and maintain under seal the following documents:

- Supplemental Memorandum of Law in Support of Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel
- Exhibits A, B, C, and D to the Declaration of Lisa M. Ferri in Support of Supplemental Memorandum of Law in Support of Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Motion to Compel

**IT IS SO ORDERED.**

Dated: March 17, 2016       By: *Alicia G. Rosenberg*
                                The Honorable Alicia G. Rosenberg
                                United States District Court Judge