MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Attorneys for Plaintiffs and Counterclaim Defendants SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **PROOF OF SERVICE** <br><br><br> Hearing on Motion: March 22, 2016 <br> Time: 10:00 AM <br> Ctrm: B, 8th Floor, Spring Street <br> Judge: Alicia G. Rosenberg <br> Fact discovery cutoff: April 1, 2016 <br> Pretrial Conference: Sept. 8, 2016 <br> Trial: Sept. 27, 2016 |

## PROOF OF SERVICE

I, Hae Jung Park, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On March 24, 2016, I served a copy of the within document(s):

1. **SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S MOTION TO COMPEL [SEALED]**

2. **EXHIBITS A, B, C, D TO THE DECLARATION OF LISA M. FERRI IN SUPPORT OF SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S MOTION TO COMPEL [SEALED]**

[X]  by transmitting **electronically** the document(s) listed above to the e-mail addresses set forth below on this date. The transmission of the document was reported as complete and without error.

- **Adam Robert Brausa**
  *abrausa@durietangri.com*
- **Christopher T. Casamassima**
  *chris.casamassima@wilmerhale.com,*
- **David L Cavanaugh**
  *david.cavanaugh@wilmerhale.com*
- **Daralyn J Durie**
  *ddurie@durietangri.com*
- **Robert J Gunther , Jr**
  *Robert.Gunther@wilmerhale.com*
- **David McGowan**
  *dmcgowan@durietangri.com*
- **Kevin S Prussia**
  *kevin.prussia@wilmerhale.com*

I declare that I am employed in the office of a member of the bar of this

court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 24, 2016, at Los Angeles, California.

_____
Hae Jung Park