# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Hae Jung Park | 2a. Contact Phone Number | 213-621-9461 | 3a. Contact E-mail Address | hpark@mayerbrown.com |
| 1b. Attorney Name (if different) | Elizabeth Mann | 2b. Attorney Phone Number | 213-229-9574 | 3b. Attorney E-mail Address | emann@mayerbrown.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

350 S. Grand Ave.
25th Floor
Los Angeles, CA 90071

| | |
|---|---|
| 5. Name & Role of Party Represented | Plaintiffs Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. |
| 6. Case Name | Sanofi-Aventis U.S. LLC et al. v. Genentech, Inc. et al. |
| 7a. District Court Case Number | 2:15-cv-05685 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*

☒ DIGITALLY RECORDED    ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CS 3/30/2016

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☐ Non-Appeal    ☐ Criminal ☒ Civil    ☐ CJA ☐ USA    ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c below*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/30/2016 | A. Rosenberg | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | DAILY (Next day) |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date: April 1, 2016    Signature: /s/ Elizabeth Mann

G-120 (2/16)
AMECURRENT 720168547.1 01-Apr-16 14:41

American LegalNet, Inc.
www.FormsWorkFlow.com