1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   DAVID McGOWAN (SBN 154289)
3  dmcgowan@durietangri.com
   ADAM R. BRAUSA (SBN 298754)
4  abrausa@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:  415-362-6666
6  Facsimile:   415-236-6300

7  WILMER CUTLER PICKERING HALE AND DORR LLP
   Christopher T. Casamassima (SBN 211280)
8  chris.casamassima@wilmerhale.com
   350 South Grand Avenue, Suite 2100
9  Los Angeles, CA 90071
   Telephone:  213-443-5374
10 Facsimile:   213-443-5400

11 Attorneys for Defendants and Counterclaim Plaintiffs
   GENENTECH, INC. and CITY OF HOPE
12

13              IN THE UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                        WESTERN DIVISION

16 | SANOFI-AVENTIS U.S. LLC and | Case No. 2:15-CV-05685-GW-AGR
   | REGENERON PHARMACEUTICALS, |
17 | INC., | **JOINT MOTION TO EXPEDITE**
   | | **REVIEW OF MAGISTRATE'S**
18 |        Plaintiffs, | **MARCH 31, 2016 ORDER**

19 |     v. | Date:  TBD
   | | Time:  TBD
20 | GENENTECH, INC., and CITY OF | Ctrm:  B, 8th Floor, Spring Street
   | HOPE | Judge: George H. Wu
21 |
22 |        Defendants. | Fact discovery cutoff:
   | | April 1, 2016
23 | GENENTECH, INC., and CITY OF | Pretrial Conference: Sept. 8, 2016
   | HOPE, | Trial: Sept. 27, 2016
24 |        Counterclaim Plaintiffs, |

25 |     v. |

26 | SANOFI-AVENTIS U.S. LLC and |
   | REGENERON PHARMACEUTICALS, |
27 | INC., |

28 |        Counterclaim Defendants. |

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   212-230-8830
Facsimile:   212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
David L Cavanaugh (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:   202-663-6025
Facsimile:   202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:   617-526-6243
Facsimile:   617-526-5000

1
2
3
4
5

Plaintiffs Sanofi-Aventis U.S. LLC ("Sanofi-Aventis") and Regeneron Pharmaceuticals, Inc. ("Regeneron"), and Defendants Genentech, Inc. ("Genentech") and City of Hope jointly move to expedite briefing and hearing on Defendants' Motion to Review Magistrate Judge Rosenberg's March 31, 2016 Order requiring Genentech and City of Hope to produce certain settlement agreements ("Motion to Review").

6
7
8
9
10
11

Good cause exists for expedited consideration and resolution of Defendants' motion because the documents at issue are relevant to damages considerations in the case and opening expert reports on damages are due on April 15, 2016.  Responsive reports are due on May 13, 2016.  In order to minimize the impact of Defendants' Motion to Review on the remaining dates in the schedule, namely expert discovery and summary judgment, set by the Court, the parties have agreed to an expedited briefing schedule as follows:

12
13

- Genentech and City of Hope's opening brief – filed concurrently herewith on April 6, 2016

14

- Sanofi and Regeneron's opposition brief – filed no later than April 11, 2016

15
16

- Any reply brief by Genentech and City of Hope – filed no later than April 12, 2016

17
18
19

The parties respectfully request that the Court adopt these agreed-upon deadlines and hear Defendants' Motion for Review on April 14, 2016.  An expedited hearing date will allow for the current schedule for expert reports to remain in place.

20  ///
21  //
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINT MOTION TO EXPEDITE REVIEW OF MAGISTRATE'S MARCH 31, 2016
ORDER / CASE NO. 2:15-CV-05685-GW-AGR

Respectfully submitted,

Dated:  April 6, 2016                    DURIE TANGRI LLP

                                By:    _____/s/ Adam R. Brausa_____
                                              ADAM R. BRAUSA

                                       Attorneys for Defendants and Counterclaim
                                       Plaintiffs GENENTECH, INC. and CITY OF
                                       HOPE


Dated:  April 6, 2016                    MAYER BROWN LLP

                                By:    _____/s/ Elizabeth D. Mann_____
                                              ELIZABETH D. MANN

                                       Attorneys for Plaintiffs and Counterclaim
                                       Defendants SANOFI-AVENTIS U.S. LLC and
                                       REGENERON PHARMACEUTICALS, INC.


## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, regarding signatures, I, Adam R. Brausa, attest that concurrence in the filing of this document has been obtained.

                                _____/s/ Adam R. Brausa_____
                                              ADAM R. BRAUSA

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on April 6, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

                              */s/ Adam R. Brausa*
                              ADAM R. BRAUSA