DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5374
Facsimile: 213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>Defendants. | Case No. 2:15-CV-05685-GW-AGR<br><br>**APPLICATION OF DEFENDANTS GENENTECH, INC. AND CITY OF HOPE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: April 14, 2016<br>Time: 10:00 a.m.<br>Ctrm: B, 8th Floor, Spring Street<br>Judge: George H. Wu<br><br>Fact discovery cutoff: April 1, 2016<br>Pretrial Conference: Sept. 8, 2016<br>Trial: Sept. 27, 2016 |
| GENENTECH, INC., and CITY OF HOPE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Counterclaim Defendants. | |

APPLICATION TO FILE UNDER SEAL / CASE NO. 2:15-CV-05685-GW-AGR

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8830
Facsimile: 212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
David L Cavanaugh (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-663-6025
Facsimile: 202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6243
Facsimile: 617-526-5000

Pursuant to Local Rule 79-5.2, Defendants and Counterclaim Plaintiffs Genentech, Inc. and City of Hope (together "Defendants") hereby submit this Application seeking an order permitting it to file under seal the following portions of Defendants' Motion for Review of Order Compelling Production of Settlement Agreements:

- Page 5, lines 10 (following period) – 19
- Page 6, line 28 – Page 7, line 4
- Page 7, lines 6 (following dash) – 7 (preceding dash)
- Page 7, lines 14 (following dash) – 15 (through end of sentence)
- Page 8, line 11 (following "is") – line 14 (though end of sentence)

Defendants respectfully request that the Court grant its application for leave to file the listed portions of the subject document under seal.  The justification for this application is contained in the Declaration of Adam R. Brausa in Support of Defendants' Application for Leave to File under Seal submitted herewith.

Respectfully submitted,

Dated:  April 6, 2016            DURIE TANGRI LLP

By:    */s/ Adam R. Brausa*
ADAM R. BRAUSA

Attorneys for Defendants and Counterclaim Plaintiffs GENENTECH, INC. and CITY OF HOPE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 6, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

*/s/ Adam R. Brausa*
ADAM R. BRAUSA