DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  213-443-5374
Facsimile:   213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE <br><br> Defendants. <br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. 2:15-CV-05685-GW-AGR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> Date:  April 14, 2016 <br> Time:  10:00 a.m. <br> Ctrm:  B, 8th Floor, Spring Street <br> Judge: George H. Wu <br><br> Fact discovery cutoff: <br> April 1, 2016 <br> Pretrial Conference: Sept. 8, 2016 <br> Trial: Sept. 27, 2016 |

1    WILMER CUTLER PICKERING HALE AND DORR LLP
     Robert J Gunther, Jr (*Pro Hac Vice*)
2    Robert.Gunther@wilmerhale.com
     7 World Trade Center
3    250 Greenwich Street
     New York, NY 10007
4    Telephone:   212-230-8830
     Facsimile:   212-230-8888
5
     WILMER CUTLER PICKERING HALE AND DORR LLP
6    David L Cavanaugh (*Pro Hac Vice*)
     david.cavanaugh@wilmerhale.com
7    1875 Pennsylvania Avenue NW
     Washington, DC 20006
8    Telephone:   202-663-6025
     Facsimile:   202-663-6363
9
     WILMER CUTLER PICKERING HALE AND DORR LLP
10   Kevin S Prussia (*Pro Hac Vice*)
     kevin.prussia@wilmerhale.com
11   60 State Street
     Boston, MA 02109
12   Telephone:   617-526-6243
     Facsimile:   617-526-5000
13
     Attorneys for Defendants and Counterclaim Plaintiffs
14   GENENTECH, INC. and CITY OF HOPE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As set forth in Defendants and Counterclaim Plaintiffs Genentech, Inc. and City of Hope's (together "Defendants") Application for Leave to File Under Seal, Defendants have lodged with the Court the following portions of Genentech, Inc. and City of Hope's Motion for Review of Order Compelling Production of Settlement Agreements:

- Page 5, lines 10 (following period) – 19
- Page 6, line 28 – Page 7, line 4
- Page 7, lines 6 (following dash) – 7 (preceding dash)
- Page 7, lines 14 (following dash) – 15 (through end of sentence)
- Page 8, line 11 (following "is") – line 14 (though end of sentence)

IT IS HEREBY ORDERED THAT the Application for Leave to File under Seal is **GRANTED**.  Defendants may file under seal the documents listed above in compliance with the Court's ruling.

**IT IS SO ORDERED.**

Dated:  _____, 2016                      _____

Honorable Judge George H. Wu
United States District Judge

1

**CERTIFICATE OF SERVICE**

2

     I certify that all counsel of record is being served on April 6, 2016 with a copy of

3

this document via the Court's CM/ECF system.

4

5
Elizabeth Mann
MAYER BROWN LLP

6
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

7
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

8
emann@mayerbrown.com

9
*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

10

11

12

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

13

14
         */s/ Adam R. Brausa*

15
         ADAM R. BRAUSA

16

17

18

19

20

21

22

23

24

25

26

27

28