DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   213-443-5374
Facsimile:    213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>　　　　　　Defendants. | Case No. 2:15-CV-05685-GW-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  April 14, 2016<br>Time:  10:00 a.m.<br>Ctrm:  B, 8th Floor, Spring Street<br>Judge: George H. Wu<br><br>Fact discovery cutoff:<br>April 1, 2016<br>Pretrial Conference: Sept. 8, 2016<br>Trial: Sept. 27, 2016 |
| GENENTECH, INC., and CITY OF HOPE,<br><br>　　　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>　　　　　　Counterclaim Defendants. | |

1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Robert J Gunther, Jr (*Pro Hac Vice*)
2  Robert.Gunther@wilmerhale.com
   7 World Trade Center
3  250 Greenwich Street
   New York, NY 10007
4  Telephone:  212-230-8830
   Facsimile:   212-230-8888
5
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  David L Cavanaugh (*Pro Hac Vice*)
   david.cavanaugh@wilmerhale.com
7  1875 Pennsylvania Avenue NW
   Washington, DC 20006
8  Telephone:  202-663-6025
   Facsimile:   202-663-6363
9
   WILMER CUTLER PICKERING HALE AND DORR LLP
10 Kevin S Prussia (*Pro Hac Vice*)
   kevin.prussia@wilmerhale.com
11 60 State Street
   Boston, MA 02109
12 Telephone:  617-526-6243
   Facsimile:   617-526-5000
13
   Attorneys for Defendants and Counterclaim Plaintiffs
14 GENENTECH, INC. and CITY OF HOPE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As set forth in Defendants and Counterclaim Plaintiffs Genentech, Inc. and City of Hope's (together "Defendants") Application for Leave to File Under Seal, Defendants have lodged with the Court the following portions of Genentech, Inc. and City of Hope's Reply in support of its Motion for Review of Order Compelling Production of Settlement Agreements:

- Page 1, lines 8 (following period) – 9
- Page 1, line 10 – Page 1, line 21
- Page 5, lines 5 (following "licensed") – 6

IT IS HEREBY ORDERED THAT the Application for Leave to File under Seal is **GRANTED**. Defendants may file under seal the documents listed above in compliance with the Court's ruling.

**IT IS SO ORDERED.**

Dated: _____, 2016

_____
Honorable Judge George H. Wu
United States District Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 12, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

          */s/ Adam R. Brausa*
            ADAM R. BRAUSA

---

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL
CASE NO. 2:15-CV-05685-GW-AGR