DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5374
Facsimile: 213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>Defendants. | Case No. CV 15-5685-GW(AGRx)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: April 14, 2016<br>Time: 10:00 a.m.<br>Ctrm: B, 8th Floor, Spring Street<br>Judge: George H. Wu<br><br>Fact discovery cutoff:<br>April 1, 2016<br>Pretrial Conference: Sept. 8, 2016<br>Trial: Sept. 27, 2016 |
| GENENTECH, INC., and CITY OF HOPE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>Counterclaim Defendants. | |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL
CASE NO. 2:15-CV-05685-GW-AGR

1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Robert J Gunther, Jr (*Pro Hac Vice*)
2  Robert.Gunther@wilmerhale.com
   7 World Trade Center
3  250 Greenwich Street
   New York, NY 10007
4  Telephone: 212-230-8830
   Facsimile: 212-230-8888
5
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  David L Cavanaugh (*Pro Hac Vice*)
   david.cavanaugh@wilmerhale.com
7  1875 Pennsylvania Avenue NW
   Washington, DC 20006
8  Telephone: 202-663-6025
   Facsimile: 202-663-6363
9
   WILMER CUTLER PICKERING HALE AND DORR LLP
10 Kevin S Prussia (*Pro Hac Vice*)
   kevin.prussia@wilmerhale.com
11 60 State Street
   Boston, MA 02109
12 Telephone: 617-526-6243
   Facsimile: 617-526-5000
13
   Attorneys for Defendants and Counterclaim Plaintiffs
14 GENENTECH, INC. and CITY OF HOPE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As set forth in Defendants and Counterclaim Plaintiffs Genentech, Inc. and City of Hope's (together "Defendants") Application for Leave to File Under Seal, Defendants have lodged with the Court the following portions of Genentech, Inc. and City of Hope's Reply in support of its Motion for Review of Order Compelling Production of Settlement Agreements:

- Page 1, lines 8 (following period) – 9
- Page 1, line 10 – Page 1, line 21
- Page 5, lines 5 (following "licensed") – 6

IT IS HEREBY ORDERED THAT the Application for Leave to File under Seal is **GRANTED**.  Defendants may file under seal the documents listed above in compliance with the Court's ruling.

**IT IS SO ORDERED.**
Dated:  April 18, 2016

_____
Honorable George H. Wu
United States District Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 18, 2016 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Elizabeth Mann<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248<br>emann@mayerbrown.com<br><br>*Attorneys for Plaintiffs*<br>*Sanofi-Aventis U.S. LLC and*<br>*Regeneron Pharmaceuticals, Inc.* | Lisa Ferri<br>Brian Nolan<br>Richard McCormick<br>MAYER BROWN LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>lferri@mayerbrown.com<br>bnolan@mayerbrown.com<br>rmccormick@mayerbrown.com<br><br>*Attorneys for Plaintiffs*<br>*Sanofi-Aventis U.S. LLC and*<br>*Regeneron Pharmaceuticals, Inc.* |

*/s/ Adam R. Brausa*
ADAM R. BRAUSA

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL
CASE NO. 2:15-CV-05685-GW-AGR