MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Plaintiffs and Counterclaim Defendants
SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. CV 15-5685-GW(AGRx) <br><br> **ORDER GRANTING APPLICATION TO FILE UNDER SEAL PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S OPPOSITION TO DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S MOTION FOR REVIEW OF ORDER COMPELLING PRODUCTION OF SETTLEMENT AGREEMENTS** <br><br> Date: April 14, 2016 <br> Time: 10:00 a.m. <br> Ctrm: 10, Spring Street <br> Judge: George H. Wu |

Having considered Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Application to File Under Seal Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Opposition to Defendants Genentech, Inc. and City of Hope's Motion for Review of Order Compelling Production of Settlement Agreements, and the accompanying Declaration, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The Clerk of this Court is direct to file and maintain under seal the following document:

- Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Opposition to Defendants Genentech, Inc. and City of Hope's Motion for Review of Order Compelling Production of Settlement Agreements

**IT IS SO ORDERED.**

Dated: April 18, 2016    By: _____
                             GEORGE H. WU, U.S. District Judge