MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Plaintiffs and Counterclaim Defendants
SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,

Plaintiffs,

vs.

GENENTECH, INC., and CITY OF HOPE,

Defendants.

GENENTECH, INC., and CITY OF HOPE,

Counterclaim Plaintiffs,

vs.

SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,

Counterclaim Defendants.

Case No. 2:15-cv-05685-GW-AGR

**PROOF OF SERVICE**

Date: April 14, 2016
Time: 10:00 a.m.
Ctrm: 10, Spring Street
Judge: George H. Wu

## PROOF OF SERVICE

I, Hae Jung Park, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On April 18, 2016, I served a copy of the within document(s):

**DECLARATION OF LISA M. FERRI IN SUPPORT OF APPLICATION TO FILE UNDER SEAL PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S OPPOSITION TO DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S MOTION FOR REVIEW OF ORDER COMPELLING PRODUCTION OF SETTLEMENT AGREEMENTS [FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 18, 2016]**

**PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S OPPOSITION TO DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S MOTION FOR REVIEW OF ORDER COMPELLING PRODUCTION OF SETTLEMENT AGREEMENTS [FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 18, 2016]**

**2.** ☒ by transmitting **electronically** the document(s) listed above to the e-mail addresses set forth below on this date. The transmission of the document was reported as complete and without error.

- **Adam Robert Brausa**
  *abrausa@durietangri.com*
- **Christopher T. Casamassima**
  *chris.casamassima@wilmerhale.com,*
- **David L Cavanaugh**
  *david.cavanaugh@wilmerhale.com*
- **Daralyn J Durie**
  *ddurie@durietangri.com*
- **Robert J Gunther , Jr**
  *Robert.Gunther@wilmerhale.com*

- **David McGowan**
  *dmcgowan@durietangri.com*
- **Kevin S Prussia**
  *kevin.prussia@wilmerhale.com*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 18, 2016, at Los Angeles, California.

Hae Jung Park