MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Plaintiffs and Counterclaim Defendants
SANOFI-AVENTIS U.S. LLC and REGENERON
PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY AT POST-MEDIATION STATUS CONFERENCE VIA TELEPHONE** <br><br> Date:  May 2, 2016 <br> Time:  8:30 a.m. <br> Ctrm:  10, Spring Street <br> Judge:  George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

**TO THE HONORABLE GEORGE H. WU AND HIS COURT CLERK, AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**

Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. (collectively, "Plaintiffs") respectfully request that Lisa Ferri, lead counsel for Plaintiffs, be allowed to participate in the May 2, 2016 post-mediation status conference via telephone.  Due to a conflict with a previously scheduled matter, Ms. Ferri is unable to be physically present at the hearing.  Defendants Genentech, Inc. and City of Hope do not oppose Plaintiff's request for Ms. Ferri's proposed phone participation.

Dated:  April 22, 2016

MAYER BROWN LLP
Elizabeth Mann
Lisa M. Ferri
Brian W. Nolan
Manuel J. Velez

By:  */s/ Elizabeth Mann*
      Elizabeth Mann

Attorneys for SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.

1