MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Plaintiffs and Counterclaim Defendants
SANOFI-AVENTIS U.S. LLC and REGENERON
PHARMACEUTICALS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS SANOFI-AVENTIS U.S. LLC AND REGENERON PHARMACEUTICALS, INC.'S UNOPPOSED REQUEST TO ALLOW COUNSEL TO PARTICIPATE IN POST-MEDIATION STATUS CONFERENCE VIA TELEPHONE** <br><br> Date:   May 2, 2016 <br> Time:  8:30 a.m. <br> Ctrm:  10, Spring Street <br> Judge: George H. Wu |

Having considered Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.'s Unopposed Request to Allow Counsel to Participate in Post-Mediation Conference Via Telephone, the Court hereby ORDERS as follows:

The Request is GRANTED.

**IT IS SO ORDERED.**

Dated:_____     By:_____
                                        The Honorable George H. Wu
                                        United States District Court Judge