DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5374
Facsimile: 213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>    Defendants. | Case No. 2:15-CV-05685-GW-AGR<br><br>**JOINT STIPULATION AND PROPOSAL TO RESCHEDULE TECHNOLOGY TUTORIAL**<br><br>Judge: Hon. George H. Wu |
| GENENTECH, INC., and CITY OF HOPE,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC.,<br><br>    Counterclaim Defendants. | |

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   212-230-8830
Facsimile:    212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
David L Cavanaugh (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:   202-663-6025
Facsimile:    202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:   617-526-6243
Facsimile:    617-526-5000

Plaintiffs sanofi-aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. and Defendants Genentech, Inc. and City of Hope (collectively "the Parties"), by and through their respective counsel, stipulate to and propose moving the date of technology tutorial hearing in this matter from June 20, 2016 to July 11, 2016, or to another future date convenient to the Court's calendar, in view of the following:

WHEREAS, a technology tutorial hearing is currently scheduled in this matter for June 20, 2016 (D.I. 37);

WHEREAS, the parties are engaged in expert discovery and currently have nine expert depositions scheduled during the weeks of June 6, June 13, and June 20, before expert discovery closes on June 24, 2016 (D.I. 64);

WHEREAS, the summary judgment hearing in this litigation is not until August 18, 2016 (D.I. 37); and

WHEREAS, a technology tutorial hearing in the co-pending case of *Genzyme Corp. v. Genentech, Inc.*, Case No. CV-15-991-GW(AGRx) (C.D. Cal.) ("the *Genzyme* litigation"), which relates to the same patent-in-suit in this litigation is currently scheduled for July 11, 2016 at 8:30 a.m. (D.I. 48);

WHEREAS, good cause exists to move the technology tutorial in this case to July 11, 2016, the same day as the tutorial in the *Genzyme* litigation, in view of the fact that the same patent-in-suit is at issue in both litigations, and in view of the fact that as currently scheduled, the technology tutorial in this case would occur almost two months before the summary judgment hearing and falls during a particularly busy period of expert discovery;

The Parties hereby STIPULATE and propose, subject to the Court's approval, that the technology tutorial in this litigation be moved to July 11, 2016 at 8:30 a.m. to coincide with the technology tutorial in the *Genzyme* litigation, or at a future date and time convenient to the Court, to facilitate one technology tutorial for both this litigation and the *Genzyme* litigation.

| | |
|---|---|
| Dated: May 25, 2016 | Respectfully submitted, |
| | DURIE TANGRI LLP |
| | By: */s/ Adam R. Brausa* |
| | ADAM R. BRAUSA |
| | Attorneys for Defendants and Counterclaim Plaintiffs GENENTECH, INC. and CITY OF HOPE |
| Dated: May 25, 2016 | MAYER BROWN LLP |
| | By: */s/ Elizabeth Mann* |
| | ELIZABETH MANN |
| | Attorneys for Plaintiffs Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures I, Adam R. Brausa, attest that the concurrence in the filing of the document has been obtained.

Date: May 25, 2016          */s/ Adam R. Brausa*
                                              ADAM R. BRAUSA

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that all counsel of record is being served on May 25, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs
Sanofi-Aventis U.S. LLC and
Regeneron Pharmaceuticals, Inc.*

            */s/ Adam R. Brausa*
            ADAM R. BRAUSA