1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   DAVID McGOWAN (SBN 154289)
3  dmcgowan@durietangri.com
   ADAM R. BRAUSA (SBN 298754)
4  abrausa@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:  415-362-6666
6  Facsimile:   415-236-6300

7  Attorneys for Defendants and Counterclaim Plaintiffs
   GENENTECH, INC. and CITY OF HOPE
8
   *Additional counsel listed on following page*
9
                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                       WESTERN DIVISION
12

| | |
|---|---|
| 13  SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., | Case No. 2:15-CV-05685-GW-AGR |
| 14 | **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROPOSAL TO RESCHEDULE TECHNOLOGY TUTORIAL** |
| 15            Plaintiffs, | |
| 16       v. | Judge:  Hon. George H. Wu |
| 17  GENENTECH, INC., and CITY OF HOPE | |
| 18            Defendants. | |
| 19  GENENTECH, INC., and CITY OF HOPE, | |
| 20            Counterclaim Plaintiffs, | |
| 21       v. | |
| 22  SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., | |
| 23 | |
| 24            Counterclaim Defendants. | |

25

26

27

28

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  213-443-5374
Facsimile:   213-443-5400

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr. (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  212-230-8830
Facsimile:   212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
David L Cavanaugh (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6025
Facsimile:   202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6243
Facsimile:   617-526-5000

1

### [PROPOSED] ORDER

2

FOR GOOD CAUSE SHOWN, it is hereby ordered that the date of technology

3

tutorial hearing in this matter is moved from June 20, 2016 to July 11, 2016.

4

5

**IT IS SO ORDERED.**

6

7

Date: _____

8

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 25, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

*/s/ Adam R. Brausa*
ADAM R. BRAUSA