DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

*Additional counsel listed on following page*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., | Case No. CV 15-5685-GW(AGRx) |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION AND PROPOSAL TO RESCHEDULE TECHNOLOGY TUTORIAL** |
| v. | |
| GENENTECH, INC., and CITY OF HOPE | Judge:  Hon. George H. Wu |
| Defendants. | |
| GENENTECH, INC., and CITY OF HOPE, | |
| Counterclaim Plaintiffs, | |
| v. | |
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., | |
| Counterclaim Defendants. | |

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  213-443-5374
Facsimile:   213-443-5400

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr. (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  212-230-8830
Facsimile:   212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
David L Cavanaugh (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6025
Facsimile:   202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6243
Facsimile:   617-526-5000

## ORDER

    FOR GOOD CAUSE SHOWN, it is hereby ordered that the date of technology tutorial hearing in this matter is moved from June 20, 2016 to July 11, 2016 at 8:30 a.m.

    **IT IS SO ORDERED.**

Date: June 1, 2016

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER TO RESCHEDULE TECHNOLOGY TUTORIAL
CASE NO. 2:15-CV-05685-GW-AGR

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on June 1, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

Lisa Ferri
Brian Nolan
Richard McCormick
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com

*Attorneys for Plaintiffs*
*Sanofi-Aventis U.S. LLC and*
*Regeneron Pharmaceuticals, Inc.*

*/s/ Adam R. Brausa*
ADAM R. BRAUSA

[PROPOSED] ORDER TO RESCHEDULE TECHNOLOGY TUTORIAL
CASE NO. 2:15-CV-05685-GW-AGR