MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
*emann@mayerbrown.com*
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

LISA M. FERRI (*pro hac vice*)
*lferri@mayerbrown.com*
BRIAN W. NOLAN (*pro hac vice*)
*bnolan@mayerbrown.com*
RICHARD J. McCORMICK (*pro hac vice*)
*rmccormick@mayerbrown.com*
1221 Avenue of the Americas
New York, NY  10020-1001
Telephone:   (212) 506-2500
Facsimile:    (212) 262-1910

Attorneys for Plaintiffs and Counterclaim Defendants
SANOFI-AVENTIS U.S. LLC and REGENERON
PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. | Case No. 2:15-cv-05685-GW-AGR <br><br> **PLAINTIFFS' NOTICE IN RESPONSE TO DEFENDANTS' COVENANT REGARDING PRALUENT** <br><br> Summary Judgment Hearing <br> Date:    August 18, 2016 <br> Ctrm:    10, Spring Street Floor <br> Judge:  George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

1       WHEREAS Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc.

2   (collectively, "Plaintiffs"), filed an action against Genentech, Inc. and City of Hope

3   (collectively, "Defendants") seeking declaratory judgment of invalidity and

4   noninfringement of U.S. Patent No. 7,923,221 ("the Cabilly III Patent") on July 27,

5   2015  (Dkt. No. 1.);

6       WHEREAS Defendants filed a Counterclaim against Plaintiffs on September

7   17, 2015 alleging infringement of one or more claims of the Cabilly III Patent based

8   on the manufacture, distribution, and sale of the Praluent® (alirocumab)

9   monoclonal antibody product ("Praluent")  (Dkt. No. 30.);

10       WHEREAS Defendants served their Disclosure of Asserted Claims and

11   Infringement Contentions on November 20, 2015 and Final Infringement

12   Contentions on March 11, 2016 in which Defendants asserted claims 25, 26, 28, 31,

13   32, 33, 34, 38, 39, 43 and 47 of the Cabilly III patent;

14       WHEREAS Plaintiffs served their Invalidity Contentions on December 4,

15   2015 and Final Invalidity Contentions on March 18, 2016 in which Plaintiffs set

16   forth invalidity arguments against claims 25, 26, 28, 31, 32, 33, 34, 38, 39, 43 and

17   47 of the Cabilly III patent;

18       WHEREAS Plaintiffs filed motions for Summary Judgment of Invalidity of

19   Claims 25, 26, 28, 31, 32, 33, 34, 38, 39, 43 and 47 of the Cabilly III patent on July

20   7, 2016  (Dkt. Nos. 139, 142.);

21       WHEREAS Defendants notified the Court of their intention to pursue claim

22   34, and filed a Covenant Not to Sue for the remaining claims on July 8, 2016

23   ("Defendants' Covenant").  (Dkt. No. 147.)  This Covenant Not to Sue extends only

24   to Praluent and products "not more than insubstantially different from Praluent."

25       NOW, THEREFORE, in light of the foregoing, Plaintiffs respectfully notify

26   the Court that they do not believe Defendants' Covenant removes the controversy

27   between the Parties with respect to the challenged claims, and respectfully request

28   adjudication on the claims set forth in Plaintiffs' motions for Summary Judgment of

1   Invalidity.  If the Court is not inclined to adjudicate all challenged claims set forth

2   in Plaintiffs' Motions, Plaintiffs respectfully request an opportunity to file a brief

3   memorandum of points and authorities setting forth its position.

4   Dated:  July 11, 2016                MAYER BROWN LLP

5

6                                By:    */s/ Elizabeth Mann*
                                           Elizabeth Mann

7

8                              MAYER BROWN LLP
                              ELIZABETH MANN (SBN 106524)
                              *emann@mayerbrown.com*

9                              350 S. Grand Avenue, 25th Floor
                              Los Angeles, CA  90071

10                            Telephone:  (213) 229-9500
                            Facsimile:   (213) 625-0248

11                            LISA M. FERRI (*pro hac vice*)
                            *lferri@mayerbrown.com*

12                            BRIAN W. NOLAN (*pro hac vice*)
                            *bnolan@mayerbrown.com*

13                            RICHARD J. McCORMICK (*pro hac vice*)
                            *rmccormick@mayerbrown.com*

14                            1221 Avenue of the Americas
                            New York, NY  10020-1001

15                            Telephone:  (212) 506-2500
                            Facsimile:   (212) 262-1910

16

17                            Attorneys for Plaintiffs and Counterclaim
                            Defendants SANOFI-AVENTIS U.S. LLC

18                            and REGENERON PHARMACEUTICALS,
                            INC.

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that all counsel of record is being served on July 11, 2016 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| DURIE TANGRI LLP<br>Daralyn J. Durie<br>Adam Brausa<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300 | Telephone:  (415) 362-6666<br>Facsimile:  (415) 236-6300<br>Email:  ddurie@durietangri.com<br>abrausa@durietangri.com |

WILMER CUTLER PICKERING
 HALE AND DORR LLP          Telephone:  (213) 443-5374
Christopher T. Casamassima   Facsimile:  (213) 443-5400
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

*Counsel for Defendants / Counterclaim Plaintiffs*


/s/ Elizabeth Mann
Elizabeth Mann

PLAINTIFF'S NOTICE IN RESPONSE TO DEFENDANTS' COVENANT, CASE NO. 2:15-CV-05685-GW-AGR

721067856