DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5374
Facsimile: 213-443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE <br><br> Defendants. | Case No. CV 15-5685-GW(AGRx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTIONS** <br><br> Ctrm: 10, Spring Street Floor <br> Judge: George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC and REGENERON PHARMACEUTICALS, INC., <br><br> Counterclaim Defendants. | |

1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Robert J Gunther, Jr (*Pro Hac Vice*)
2  Robert.Gunther@wilmerhale.com
   7 World Trade Center
3  250 Greenwich Street
   New York, NY 10007
4  Telephone: 212-230-8830
   Facsimile: 212-230-8888
5
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  David L Cavanaugh (*Pro Hac Vice*)
   david.cavanaugh@wilmerhale.com
7  1875 Pennsylvania Avenue NW
   Washington, DC 20006
8  Telephone: 202-663-6025
   Facsimile: 202-663-6363
9
   WILMER CUTLER PICKERING HALE AND DORR LLP
10 Kevin S Prussia (*Pro Hac Vice*)
   kevin.prussia@wilmerhale.com
11 60 State Street
   Boston, MA 02109
12 Telephone: 617-526-6243
   Facsimile: 617-526-5000
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Stipulation of Dismissal With Prejudice of Entire Actions filed jointly by the parties on August 18, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT:

1.  The above-captioned actions (including without limitation all claims and counterclaims asserted in the actions) be and hereby are dismissed with prejudice in their entirety.

2.  Each party shall bear its own legal expenses, including without limitation, attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  August 19, 2016

_____
Honorable George H. Wu
United States District Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on August 22, 2016 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Elizabeth Mann<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248<br>emann@mayerbrown.com<br><br>*Attorneys for Plaintiffs*<br>*Sanofi-Aventis U.S. LLC and*<br>*Regeneron Pharmaceuticals, Inc.* | Lisa Ferri<br>Brian Nolan<br>Richard McCormick<br>MAYER BROWN LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>lferri@mayerbrown.com<br>bnolan@mayerbrown.com<br>rmccormick@mayerbrown.com<br><br>*Attorneys for Plaintiffs*<br>*Sanofi-Aventis U.S. LLC and*<br>*Regeneron Pharmaceuticals, Inc.* |

_____
DARALYN J. DURIE